UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


STANFORD KNIGHT,

      Petitioner,

v.                                  CASE NO. 6:04-cv-1557-Orl-19JGG
                                        (6:00-cr-157-Orl-19JGG)

UNITED STATES OF AMERICA,

      Respondent.

_____

**ORDER**

      This case is before the Court on the following motion:

**MOTION**:    Petitioner's Motion for Reconsideration and Clarification of the Court's Order Denying Petitioner's Motion to Vacate, Set Aside [or] Correct Sentence (Doc. No. 9, filed July 1, 2005).

      Thereon it is **ORDERED** that the motion is **DENIED**.  Petitioner has failed to demonstrate sufficient grounds for the relief requested.  *The Clerk of the Court is directed to send Petitioner a copy of the June 15, 2005, Order (Doc. No. 7) dismissing this case, along with a copy of this Order.*

      **DONE AND ORDERED** at Orlando, Florida this 15th day of July, 2005.


_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT


Copies to:
sa 7/15

Stanford Knight
Counsel of Record